UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                     Case No.:      3:10-bk-34784-KRH
ANGELA E. GIBSON
      Debtor/Movant.                       Chapter 13

v.

CASH-2-U FINANCIAL SERVICES OF VIRGINIA, LLC
      Respondent/Claimant.


## ORDER ON MOTION TO RESTRICT PUBLIC ACCESS

**THIS CAUSE** coming before the undersigned Judge presiding over the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, pursuant to the Motion To Restrict Public Access; and

**IT APPEARING** that this court has jurisdiction over the parties and over the subject matter of this motion; and

**IT FURTHER APPEARING** that all parties in interest received notice of this motion;

**IT FURTHER APPEARING** that the attachments to Proof of Claim 5 filed by Cash-2-U Financial Services of Virginia, LLC contain private information that should not have been divulged to the general public; and

**IT IS THEREFORE ORDERED AS FOLLOWS**:

    The Clerk of this Court shall immediately disable public access to Proof of Claim number 5 filed by

       Cash-2-U Financial Services of Virginia, LLC on August 2, 2010.


DATED: _____                                   _____
                                                                              United States Bankruptcy Judge
                                                                              Eastern District of Virginia Richmond Division

                                                                              Entered on Docket

I ask for this:

/s/ Mitchell P. Goldstein
Mitchell P. Goldstein, Esq. VSB#40613
Counsel for Movant/Debtor
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804-673-4358 office 804-673-4350 fax
mgoldstein@krumbeinlaw.com

## CERTIFICATION PURUSANT TO LBR 9022-1

I hereby certify that on this 11th day of August 2010, a true and correct copy of the foregoing Order was served on or endorsed by all necessary parties via electronic delivery and/or first-class mail, postage pre-paid to all parties in interest.

/s/ Mitchell P. Goldstein, Esq.
Mitchell P. Goldstein, Esq., 40613